# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:19-CR-00207 |
| v. | (Chief Judge Brann) |
| ANTHONY D. BRESSI, DAMONICO L. HENDERSON, and TERRY HARRIS, | |
| Defendants. | |

## ORDER

**FEBRUARY 28, 2023**

In accordance with the accompanying Memorandum Opinion,[1] **IT IS HEREBY ORDERED** that:

- Defendant Anthony Bressi's motions to suppress (Doc. 150; Doc. 186; Doc. 188; Doc. 190) are **DENIED**;

- Defendant Damonico Henderson's motions to suppress (Doc. 166; Doc. 168) are **DENIED**;

- Defendant Terry Harris's motions to suppress (Doc. 160; Doc. 162) are **DENIED**;

- Henderson's motion for severance (Doc. 172) is **DENIED**;

---

[1] The Memorandum Opinion has been filed under seal. The parties are directed to provide the Court with proposed redactions, together with the reason for each redaction, by March 27, 2023. The Court will then determine whether to accept the proposed redactions and will unseal the opinion in an appropriate form. Proposed redactions are to be filed with the Clerk's office under seal. *See United States v. McCormack*, No. 21-3354, Doc. 42 (3d Cir. Feb. 8, 2023).

- Harris's motion for severance (Doc. 158) is **DENIED**; and

- Henderson's motion to compel discovery (Doc. 170) is **DENIED AS MOOT**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge