IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-CR-00207 |
| v. | (Chief Judge Brann) |
| ANTHONY D. BRESSI, DAMONICO HENDERSON, and TERRY HARRIS, | |
| Defendants. | |

## ORDER

### NOVEMBER 3, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Damonico Henderson's Motion to Exclude Expert Testimony and Evidence and for a *Daubert* Hearing (Doc. 291) is **DENIED**.

2. The Government shall file updated expert witness disclosures in accordance with Federal Rule of Criminal Procedure 16 no later than December 1, 2023.

3. Any *Daubert* motions and supporting briefs shall be filed no later than December 11, 2023.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge