# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-CR-00207 |
| v. | (Chief Judge Brann) |
| ANTHONY D. BRESSI, DAMONICO HENDERSON, and TERRY HARRIS, | |
| Defendants. | |

## ORDER

**FEBRUARY 1, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Damonico Henderson's Motion for a *Daubert* Hearing (Doc. 307) is **GRANTED**.

2. The hearing will be scheduled by separate Order.

3. Any amendments to the Government's Rule 16 Disclosure regarding cell site location expert opinion shall be filed by February 15, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge