# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-CR-00207 |
| v. | (Chief Judge Brann) |
| ANTHONY D. BRESSI, | |
| Defendant. | |

## ORDER

### JULY 3, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Anthony Bressi's Motion to Exclude Expert Testimony (Doc. 307) is **GRANTED IN PART and DENIED IN PART**.

2. Bressi's Motion is **DENIED AS MOOT** as to Government experts Brandy Pulfer, Joseph Stephens, and Krystal Watts, who is to be replaced by Erik Carpenter.

3. Bressi's Motion is **GRANTED** as to any expert opinions which are based on materials which were untimely disclosed except those opinions which were based upon the United Nations publication *Clandestine Manufacture of Substances Under International Control*.

4. Bressi's Motion is **DENIED** in all other respects.

5.  A telephonic status conference with counsel of record for the purpose of scheduling trial will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge