IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-CR-00207-01 |
| v. | (Chief Judge Brann) |
| ANTHONY D. BRESSI, | |
| Defendant. | |

## ORDER

### SEPTEMBER 6, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Anthony Bressi's Omnibus Motion (Doc. 356) is **DENIED** in its entirety except as to paragraphs 11-17.

2. A briefing schedule and hearing on Bressi's Motion to Suppress Evidence Seized via Grand Jury Subpoena will be set via separate Order of Court.

3. The United States Marshal Service shall advise the Government as to the contents, if any, of the Mont Blanc bag identified in Bressi's Motion.[1]

---

[1] Doc. 356 ¶ 81(c).

4.  The Government shall serve upon the United States Marshal Service this Order and confirm to defense counsel that such service has been made within three business days.

5.  The Government shall advise Bressi of the response of the Marshal Service upon receipt.

6.  Bressi may file a Motion to Compel the Marshal Service to produce the Mont Blanc bag within one week of being advised of its contents.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge