IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-CR-00207-01 |
| v. | (Chief Judge Brann) |
| ANTHONY D. BRESSI, | |
| Defendant. | |

**ORDER**

**MARCH 11, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Anthony Bressi's Motion for a Judgment of Acquittal or for a New Trial (Doc. 436) is **DENIED** as to the jury's verdicts of conviction on:

    a. Count 1 (Conspiracy);

    b. Count 1 Interrogatory 1 (Fentanyl Quantity Enhancement);

    c. Count 1 Interrogatory 2 (3-Methylfentanyl Quantity Enhancement);

    d. Count 1 Interrogatory 3 (Carfentanil Quantity Enhancement);

    e. Count 2 (Possession with Intent to Distribute Acetyl Fentanyl).

2. The Motion is **GRANTED** and a judgment of acquittal shall be entered on:

   a. Count 1 Interrogatory 4 (Acetyl Fentanyl Quantity Enhancement);

   b. Count 2 Interrogatory 1 (Acetyl Fentanyl Quantity Enhancement).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge